AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Sep 22, 2025

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| JAMES CRAWFORD, *Plaintiff* v. OFFICER RIVERA (REVERA) and VALENTE VALENCIA, JR., *Defendant* | Civil Action No. 1:25-CV-03084-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's First Amended Complaint, ECF No. 7, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: September 22, 2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore